IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EARL L. DIEHL,

    Petitioner,

v.

DENISE SYMDON,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-523-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing the petition for a writ of habeas corpus without prejudice for petitioner Earl Diehl's failure to exhaust his state court remedies.

By: _[signature]_, Deputy Clerk
Peter Oppeneer, Clerk of Court

9-15-11
Date